IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-67-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| COSTA RONTRELL PENDER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release (DE 124). The government responded in opposition to defendant's motion.

Upon review of the motion, the responses of the government and probation office, and the record in this case, defendant has not demonstrated good cause for early termination. Continuation of supervised release in good standing, with successful employment and community activities as described by defendant, is consistent with the court's expectations at sentencing. The court commends defendant for his record of achievement while on supervised release. Early termination is not warranted at this time, however, given the serious offense conduct in this case and defendant's lengthy criminal history, including numerous prior failings on supervision. Defendant also has not shown that supervision is hindering his commendable efforts at rehabilitation. Accordingly, defendant's motion for early termination of supervised release (DE 124) is DENIED.

SO ORDERED, this the 23rd day of September, 2026.

LOUISE W. FLANAGAN
United States District Judge